**Order entered February 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

### DAVID CARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

The Court **REINSTATES** the appeal.

On December 3, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On January 27, 2014 and February 12, 2014, court reporter LaTresta Ginyard filed extension requests without tendering the record. On February 18, 2014, Ms. Ginyard filed the reporter's record, without exhibits, and on February 19, 2014, Ms. Ginyard filed a "Master Chronological Index" that identifies the exhibits that were admitted into evidence. The Master Chronological Index identifies Volume 11 as the Exhibit Volume, but the Court has not yet received the exhibit volume.

Accordingly, we **ORDER** court reporter LaTresta Ginyard to file, by **5:00 p.m. on TUESDAY, FEBRUARY 25, 2014**, Volume 11 containing all of the exhibits admitted into

evidence during this case. If the exhibit volume is not filed by the date and time specified, the Court will order that LaTresta Ginyard not sit as a court reporter until she files the exhibits in this appeal.

We **DENY** as moot Ms. Ginyard's January 27, 2014 and February 12, 2014 extension requests.

Appellant's brief is due within forty-five days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Raymond Wheless, Presiding Judge, 366th Judicial District Court; LaTresta Ginyard, court reporter; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE